No. 99–1144. McDougal-Saddler *v.* Herman, Secretary of Labor. C. A. 3d Cir. Certiorari denied.

No. 99–1162. Abdullah et al. *v.* Immigration and Naturalization Service. C. A. 2d Cir. Certiorari denied.

No. 99–1163. Ferrell et al. *v.* Cuomo, Secretary of Housing and Urban Development, et al. C. A. 7th Cir. Certiorari denied.

No. 99–1169. New Prime, dba Prime, Inc., et al. *v.* Owner Operators Independent Drivers Assn., Inc., et al. C. A. 8th Cir. Certiorari denied.

No. 99–1171. Greater New York Metropolitan Food Council, Inc., et al. *v.* Giuliani, Mayor of the City of New York, et al. C. A. 2d Cir. Certiorari denied.

No. 99–1172. Federation of Advertising Industry Representatives, Inc. *v.* City of Chicago. C. A. 7th Cir. Certiorari denied.

No. 99–1173. Cecil *v.* National Labor Relations Board et al. C. A. 6th Cir. Certiorari denied.

No. 99–1181. Zucker et al. *v.* Occidental Petroleum Corp. et al. C. A. 9th Cir. Certiorari denied.

No. 99–1183. Shultz *v.* Washington. Sup. Ct. Wash. Certiorari denied.

No. 99–1192. Bullock *v.* Texas. Ct. App. Tex., 1st Dist. Certiorari denied.

No. 99–1196. Transamerica Assurance Co. et al. *v.* Tillery et al. C. A. 10th Cir. Certiorari denied.

No. 99–1305. Elkay Manufacturing Co. *v.* Ebco Manufacturing Co. et al. C. A. Fed. Cir. Certiorari denied.